UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-50848-JEH |
| | § | |
| TILLMAN, KAREN LOUISE | § | Chapter 7 |
| | § | |
| | § | Judge: Hoffman |
| Debtor. | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $12.34 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022-2121 | 3 | 2.23 |
| Columbia Gas Of Ohio<br>200 Civic Center Drive, 11th Floor<br>Columbus, Ohio 43215 | 4 | 4.59 |
| Ohio Department of Taxation<br>Attorney General, Collection Enforcement<br>150 East Gay Street, 21st Floor<br>Columbus, OH 43215 | 8 | 1.90 |
| Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud MN 56303 | 10 | 3.62 |

Dated:   October 27, 2010            /s/ Larry J. McClatchey
                                                                 Larry J. McClatchey, Trustee (0012191)
                                                                 65 East State Street, Suite 1800
                                                                 Columbus, Ohio 43215
                                                                 (614) 462-5400
                                                                 lmcclatchey@keglerbrown.com

cc:     U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215
      American Electric Power, PO Box 2021, Roanoke, VA 24022-2121
      Columbia Gas Of Ohio, 200 Civic Center Drive, 11th Floor, Columbus, OH 43215
      Ohio Department of Taxation, Attorney General, Collection Enforcement,
          150 East Gay Street, 21st Floor, Columbus, OH 43215
      Metabank-Fingerhut, 6250 Ridgewood Rd, St. Cloud MN 56303

#4843-1024-7943 v1